**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No.   20-cr-00153-RBJ

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. DANIELE PULIA, and
2. CARLOS FONG ECHAVARRIA,

    Defendants.

## INDICTMENT

The Grand Jury charges:

### COUNT ONE

From in or around November 2019 to February 2020, in the country of Mexico and elsewhere, the defendants, DANIELE PULIA and CARLOS FONG ECHAVARRIA and others both known and unknown to the Grand Jury, did knowingly and intentionally combine, conspire, confederate and agree, with interdependence, to manufacture, distribute, and possess with intent to distribute (i) one kilogram and more of a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance, and (ii) a mixture and substance containing a detectable amount of oxycodone, a Schedule II controlled substance, intending, knowing, and having reasonable cause to believe that such substances would be imported into the United States and into waters within a distance of 12 miles of the coast of the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 959(a), 960(a)(3), and 960(b)(1)(A) and (b)(3).

All in violation of Title 21, United States Code, Section 963.

## COUNT TWO

From in or around January 2020 to February 2020, in the country of Mexico and elsewhere, the defendants, DANIELE PULIA and CARLOS FONG ECHAVARRIA did knowingly and intentionally manufacture, possess with intent to distribute, and distribute (i) one kilogram and more of a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance, and (ii) a mixture and substance containing a detectable amount of oxycodone, a Schedule II controlled substance, and aided and abetted the same, intending, knowing, and having reasonable cause to believe that such substances would be imported into the United States and into waters within a distance of 12 miles of the coast of the United States from a place outside thereof.

All in violation of Title 21, United States Code, Sections 959(a), 960(a)(3), and 960(b)(1)(A) and (b)(3) and Title 18, United States Code, Section 2.

## COUNT THREE

From in or around November 2019 to February 2020, in the State and District of Colorado and elsewhere, the defendants, DANIELE PULIA and CARLOS FONG ECHAVARRIA and others both known and unknown to the Grand Jury, did knowingly and intentionally combine, conspire, confederate and agree, with interdependence, to distribute and possess with the intent to distribute (i) one kilogram and more of a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance, and (ii) a mixture and substance containing a detectable amount of oxycodone, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(A)(i) and (C).

All in violation of Title 21, United States Code, Section 846.

## COUNT FOUR

From in or about September 2019 through in or about May 2020, in the State and District of Colorado and elsewhere, the defendants, DANIELE PULIA and CARLOS FONG ECHAVARRIA and others both known and unknown to the Grand Jury, did willfully and knowingly combine, conspire, confederate and agree, with interdependence, to transport, transmit, and transfer, and attempt to transport, transmit, and transfer, a monetary instrument or funds from a place in the United States to or through a place outside the United States or to a place in the United States from or through a place outside the United States: (i) with the intent to promote the carrying on of specified unlawful activity, that is, distribution of controlled substances and conspiring to commit the same, in violation of Title 18, United States Code, Section 1956(a)(2)(A), and Title 21, United States Code, Sections 841 and 846, and (ii) knowing that the monetary instrument or funds involved in the transportation, transmission, or transfer represent the proceeds of some form of unlawful activity and knowing that such transportation, transmission, or transfer is designed in whole or in part to conceal or disguise the nature, the location, the source, the ownership, and the control of the proceeds of that same specified unlawful activity, in violation of Title 18, United States Code, Section 1956(a)(2)(B)(i), and did aid and abet the same.

All in violation of Title 18, United States Code, Sections 1956(h) and 2.

## COUNT FIVE

On or about October 6, 2019, in the State and District of Colorado and elsewhere, the defendants, DANIELE PULIA and CARLOS FONG ECHAVARRIA did transport, transmit, and transfer, and attempt to transport, transmit, and transfer, a monetary instrument or funds from a place in the United States to or through a place

outside the United States or to a place in the United States from or through a place outside the United States: (i) with the intent to promote the carrying on of specified unlawful activity, that is, distribution of controlled substances and conspiracy to commit the same, in violation of Title 21, United States Code, Sections 841 and 846,, and (ii) knowing that the monetary instrument or funds involved in the transportation, transmission, or transfer represent the proceeds of some form of unlawful activity and knowing that such transportation, transmission, or transfer is designed in whole or in part to conceal or disguise the nature, the location, the source, the ownership, or the control of the proceeds of that same specified unlawful activity.

All in violation of Title 18, United States Code, Sections 1956(a)(2)(A), (a)(2)(B)(i) and 2.

## **Forfeiture Allegation**

As a result of committing the violations alleged in Counts One, Two, and Three of this Indictment, the defendants, DANIELE PULIA and CARLOS FONG ECHAVARRIA, shall forfeit to the United States, pursuant to Title 21, United States Code, Sections 853 and 970, any and all property, real or personal, constituting or derived from any proceeds the said defendant obtained directly or indirectly as a result of the said violation, and any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the violations alleged in this Information.

As a result of committing the violation alleged in Counts Four and Five of this Indictment, the defendants, DANIELE PULIA and CARLOS FONG ECHAVARRIA, shall forfeit to the United States pursuant to Title 18, United States Code, Section 982(a)(1), all property, real and personal, involved in the offense alleged in Counts Four and Five and all property traceable to such property.

4

If any of the property subject to forfeiture as a result of any act or omission of the defendants:

      A.    cannot be located upon the exercise of due diligence;
      B.    has been transferred to sold to or deposited with a third person;
      C.    has been placed beyond the jurisdiction of this Court;
      D.    has been substantially diminished in value; or
      E.    has been co-mingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p) and Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of said defendant up to the value of the forfeitable property.

All in violation of Title 21, United States Code, Section 853, Title 18, United States Code, Section 982(a)(1) and Title 28, United States Code, Section 2461(c).

TRUE BILL:

<u>Ink signature on file in Clerk's Office</u>
FOREPERSON

JASON R. DUNN
United States Attorney

By:   <u>/s Andrea Surratt</u>
Andrea Surratt
Assistant U.S. Attorney
U.S. Attorney's Office
1801 California St., Ste. 1600
Denver, CO 80202
Telephone: 303-454-0200
Fax: 303-454-0406
E-mail: andrea.surratt@usdoj.gov
Attorney for Government