| | |
|---|---|
| <u>DEFENDANT</u>: | Carlos Fong ECHAVARRIA |
| <u>AGE/YOB</u>: | 1987 |
| <u>COMPLAINT FILED?</u> | _____ Yes   __x__ No |
| <u>HAS DEFENDANT BEEN ARRESTED ON COMPLAINT</u>? | __ Yes   _x_ No  If No, a new warrant is required |
| <u>OFFENSE(S)</u>: | Count 1: 21 U.S.C. §§ 959(a) and 963 (conspiracy to import a controlled substance)<br><br>Count 2: 21 U.S.C. §§ 959(a) (importation of a controlled substance)<br><br>Count 3: 21 U.S.C. §§ 841(b)(1)(A) & 846 (conspiracy to distribute a controlled substance)<br><br>Count 4: 18 U.S.C. § 1956(h) (conspiracy to launder money)<br><br>Count 5: 18 U.S.C. § 1956(a)(2)(A) & (a)(2)(B)(i) (money laundering) |
| <u>LOCATION OF OFFENSE</u>: | Denver County, Colorado |
| <u>PENALTY</u>: | Counts 1, 2 & 3: NLT 10 years' imprisonment; NMT life imprisonment; NLT 5 years' SR; NMT life SR; NMT $10,000,000 fine or twice the gain/loss from the offense; $100 SA<br><br>Counts 4 & 5: NMT 20 years' imprisonment; NMT 3 years' SR; NMT $250,000 fine or twice the gain/loss from the offense; $100 SA |
| <u>AGENT</u>: | Arran McWhirter, HSI |
| <u>AUTHORIZED BY</u>: | Andrea Surratt<br>Assistant U.S. Attorney |

<u>ESTIMATED TIME OF TRIAL</u>:   __ five days or less; _x__ over five days

<u>THE GOVERNMENT</u>

_x_ will seek detention in this case based on 18 U.S.C. § 3142(f)(1)

The statutory presumption of detention is applicable to this defendant.