AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

District of Colorado

| United States of America | ) |
| v. | ) Case No. 20-cr-00153-RBJ-1 |
| DANIELE PULIA | ) |
| *Defendant* | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* DANIELE PULIA,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to import a controlled substance in violation of 21 U.S.C. § 963
Importation of a controlled substance in violation of 21 U.S.C. §§ 959(a), 960(a)(3), and 960(b)(1)(A) and (b)(3)
Conspiracy to distribute a controlled substance in violation of 21 U.S.C. § 846
Conspiracy to launder money in violation of 18 U.S.C. § 1956(h)
Money laundering in violation of 18 U.S.C. § 1956(a)(2)(A) & (a)(2)(B)(i)

Date: 06/02/2020

s/A. Thomas, Deputy Clerk
*Issuing officer's signature*

City and state: Denver, Colorado

Jeffrey P. Colwell, Clerk of Court
*Printed name and title*

**Return**

This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____
at *(city and state)* _____ .

Date: _____

_____
*Arresting officer's signature*

_____
*Printed name and title*