| | |
|---|---|
| DEFENDANT: | Carlos Fong ECHAVARRIA |
| AGE/YOB: | 1987 |
| COMPLAINT FILED? | _____ Yes     \_\_\_\_x\_\_\_ No |

HAS DEFENDANT BEEN ARRESTED ON COMPLAINT?    \_\_ Yes    \_x\_ No
   If No, a new warrant is required

| | |
|---|---|
| OFFENSE(S): | Count 1: 21 U.S.C. §§ 959(a) and 963 (conspiracy to import a controlled substance) |
| | Count 2: 21 U.S.C. §§ 959(a) (importation of a controlled substance) |
| | Count 3: 21 U.S.C. §§ 841(b)(1)(A) & 846 (conspiracy to distribute a controlled substance) |
| | Count 4: 18 U.S.C. § 1956(h) (conspiracy to launder money) |
| | Count 5: 18 U.S.C. § 1956(a)(2)(A) & (a)(2)(B)(i) (money laundering) |
| LOCATION OF OFFENSE: | Denver County, Colorado |
| PENALTY: | Counts 1, 2 & 3: NLT 10 years' imprisonment; NMT life imprisonment; NLT 5 years' SR; NMT life SR; NMT $10,000,000 fine or twice the gain/loss from the offense; $100 SA |
| | Counts 4 & 5: NMT 20 years' imprisonment; NMT 3 years' SR; NMT $250,000 fine or twice the gain/loss from the offense; $100 SA |
| AGENT: | Arran McWhirter, HSI |
| AUTHORIZED BY: | Andrea Surratt<br>Assistant U.S. Attorney |

ESTIMATED TIME OF TRIAL:    \_\_ five days or less; \_x\_\_ over five days

THE GOVERNMENT

 x   will seek detention in this case based on 18 U.S.C. § 3142(f)(1)

The statutory presumption of detention is applicable to this defendant.