IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 20-cr-153-RBJ

UNITED STATES OF AMERICA,

        Plaintiff,

v.

2.     CARLOS FONG ECHAVARRIA,

        Defendant.

## MOTION

The United States of America, by Jason R. Dunn, United States Attorney, and through Assistant United States Attorney Andrea Surratt, respectfully files this motion for an Order to allow sharing of certain documents in the above-captioned case.

As grounds for this motion, the Government states the following:

1.     Defendant CARLOS FONG ECHAVARRIA and co-defendant Daniele Pulia were indicted in the above-captioned matter on June 2, 2020. [Dkt #1]. A superseding indictment was returned on July 8, 2020, along with warrants for the arrest of the defendants. [Dkt # 5, 7].

2.     Law enforcement officials have information that an opportunity for the arrest of ECHAVARRIA may present itself in a foreign country ("Country-1"). In order to provide Country-1 with the information necessary to effect the arrest and eventual extradition of ECHAVARRIA to the United States, the superseding indictment and warrant for ECHAVARRIA's arrest must be provided to authorities in Country-1.

3. Accordingly, the Government respectfully requests that it be permitted to provide the superseding indictment [dkt #5] and the warrant for ECHAVARRIA's arrest [dkt #7] to foreign authorities as necessary for arrest and extradition of ECHAVARRIA.

4. The Government otherwise requests that docket 20-cr-153-RBJ and all the documents filed thereon (including documents # 5 and 7 as well as the instant motion and order) remain restricted from the public.

WHEREFORE, the Government respectfully requests that the Court allow the Government to provide the documents to foreign authorities as describe herein.

Respectfully submitted this 27th day of January, 2021.

JASON R. DUNN
United States Attorney

By: *s/ Andrea Surratt*
ANDREA SURRATT
Assistant U.S. Attorney
United States Attorney's Office
1801 California Street, Suite 1600
Denver, Colorado 80202
Telephone: (303) 454-0100
E-mail: andrea.surratt@usdoj.gov