IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 20-cr-153-RBJ

UNITED STATES OF AMERICA,

    Plaintiff,

v.

2.    CARLOS FONG ECHAVARRIA,

    Defendant.

_____

## ORDER
_____

Upon consideration and for good cause shown:

IT IS ORDERED that the Government be allowed to provide the Superseding Indictment in the above-captioned case [dkt #5] and the warrant for the arrest of defendant CARLOS FONG ECHAVARRIA [dkt #7] to foreign government authorities as necessary for the arrest and extradition of ECHAVARRIA.

IT IS ORDERED that Documents #5 and 7, the instant motion and order, as well as docket 20-cr-153-RBJ and all the documents filed thereon, will remain RESTRICTED from public view.

IT IS SO ORDERED on this _____ day of January, 2021.

BY THE COURT:

_____
HON. R. BROOKE JACKSON
UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

2