IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 20-cr-153-RBJ

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.    DANIELE PULIA and
2.    CARLOS FONG ECHAVARRIA,

      Defendants.

## MOTION

The United States of America, by Matthew T. Kirsch, Acting United States Attorney, and through Assistant United States Attorney Andrea Surratt, respectfully files this motion for an Order to unrestrict the docket in the above-captioned case.

As grounds for this motion, the Government states the following:

1.    Defendant CARLOS FONG ECHAVARRIA was arrested on or about August 16, 2021. He made his initial appearance before Magistrate Judge S. Kato Crews on August 17, 2021. [ECF #12]. The matter was set for arraignment and discovery and detention hearings on August 20, 2021. [ECF #12]. On or about August 20, 2021, the August 20, 2021 hearing was continued to September 3, 2021. [ECF #15].

2.    Because ECHAVARRIA has been arrested, the Government respectfully requests that docket 20-cr-153-RBJ, and all documents filed thereon (except for documents filed at Level 4 restriction), be unrestricted.

WHEREFORE, the Government respectfully requests that docket 20-cr-153-RBJ, and all documents filed thereon (except for documents filed at Level 4 restriction), be unrestricted.

Respectfully submitted this 20th day of August, 2021.

        MATTHEW T. KIRSCH
        Acting United States Attorney

        By: *s/ Andrea Surratt*
        ANDREA SURRATT
        Assistant U.S. Attorney
        United States Attorney's Office
        1801 California Street, Suite 1600
        Denver, Colorado 80202
        Telephone: (303) 454-0100
        E-mail: andrea.surratt@usdoj.gov