IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 20-cr-153-RBJ

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    DANIELE PULIA and
2.    CARLOS FONG ECHAVARRIA,

    Defendants.

---

**ORDER**

---

Upon consideration and for good cause shown:

IT IS ORDERED that docket 20-cr-153-RBJ, and all documents filed thereon (except for documents filed at Level 4 restriction), be unrestricted.

IT IS SO ORDERED on this _____ day of August, 2021.

BY THE COURT:

_____
HON. R. BROOKE JACKSON
UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO