IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 20-cr-153-RBJ

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.    DANIELE PULIA and
2.    CARLOS FONG ECHAVARRIA,

      Defendants.

_____

**ORDER**
_____

Upon consideration and for good cause shown:

IT IS ORDERED that docket 20-cr-153-RBJ, and all documents filed thereon (except for documents filed at Level 4 restriction), be unrestricted.

IT IS SO ORDERED on this 27th day of August, 2021.

BY THE COURT:

_____
HON. S. KATO CREWS
UNITED STATES MAGISTRATE JUDGE
DISTRICT OF COLORADO