IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 20-cr-00153-RBJ

UNITED STATES OF AMERICA,

   Plaintiff,

v.

 1. DANIELE PULIA, and
 2. CARLOS FONG ECHAVARRIA,

   Defendants.
_____

**UNITED STATES' NOTICE TO COURT REGARDING FORFEITURE**
_____

  COMES NOW the United States of America, by and through United States Attorney Cole Finegan and Assistant United States Attorney Tonya S. Andrews, and hereby gives notice to the Court that it will not seek criminal forfeiture of any electronic equipment seized from the defendants in this case, or any other assets. These assets have either been returned to the defendants and/or their representatives or administratively forfeited by Homeland Security Investigations.

  DATED this 13th day of October 2022.

             Respectfully submitted,

             COLE FINEGAN
             United States Attorney

             s/ *Tonya S. Andrews*
             Tonya S. Andrews
             Assistant United States Attorney
             United States Attorney's Office
             1801 California Street, Suite 1600
             Denver, Colorado 80202

2

Telephone: 303-454-0100
Email: tonya.andrews@usdoj.gov